# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
**JANUARY 30, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**(a) PLAINTIFFS**
Latasha Hannah

**DEFENDANTS**
City of Chicago; Miguel Cordero, star 18568

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602   312-795-9595

Attorneys (If Known)

**08 C 648**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

CIVIL RIGHTS: [x] 440 Other Civil Rights

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Civil Rights actions brought pursuant to 28 U.S.C 1983, and the 4th and 14th Amendments to the United States Constitution.

## VII. PREVIOUS BANKRUPTCY MATTERS
(none)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] Yes [ ] No

## IX. This case
[x] is not a refiling of a previously dismissed action.

DATE: 1-30-2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Lawrence V. Jackowiak

**JUDGE ST. EVE**
**MAGISTRATE JUDGE NOLAN**