# United States District Court for the Northern District of Illinois

Case Number: 08cv648  Assigned/Issued By: j. n.

Judge Name: ST. EVE  Designated Magistrate Judge: NOLAN

## FEE INFORMATION

*Amount Due:*  [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350  Receipt #: 2501839

Date Payment Rec'd: 1-30-08  Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons  _____
[ ] Citation to Discover Assets  _____
[ ] Writ _____  (Victim, Against and $ Amount)
(Type of Writ)

2 Original and 0 copies on 1-30-08 as to CITY OF CHICAGO;
(Date)
MIGUEL CORDERO

C:\wpwin80\docket\feeinfo.frm    03/14/05