UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LATASHA HANNAH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 648 |
| | ) | |
| vs. | ) | Judge St. Eve |
| | ) | Magistrate Judge Nolan |
| THE CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

1. **The Nature of the Case**

   A. Lawrence V. Jackowiak as lead counsel for the Plaintiff. Mary McDonald as lead counsel for Defendants.

   B. Jurisdiction for federal claims is based on 28 U.S.C. §§ 1331 and 1343(a).

   C. Plaintiff claims she was subjected to false arrest/imprisonment.

   D. The major factual issue is whether the incident took place as alleged in the complaint.

   E. Plaintiff seeks money damages.

2. **Pending Motions and Case Plan**

   A. No motions pending.

   B. Discovery plan:

      a) Discovery will be needed on Plaintiff's factual claim.

      b) Rule 26(a)(1) Disclosures to be exchanged by April 15, 2008.

      c) All fact discovery to be completed by November 19, 2008.

      d) Parties do not anticipate the use of experts. Defendants reserve the right to name an expert. Plaintiff reserves the right to disclose a rebuttal expert.

      e) All dispositive motions to be filed by November 24, 2008.

    f)  Final pretrial order to be filed by December 29, 2008.

  C.  Trial

    a)  Jury trial is requested.

    b)  Probable length of trial 3-5 days.

    c)  Case will be ready for trial upon filing of the pretrial order.

3. **The parties do not unanimously consent to proceed before the magistrate judge.**

4. **Status of Settlement discussions**

  A.  Settlement discussions have not occurred.

  B.  Settlement discussions have not occurred.

  C.  The parties may request a settlement conference after 26(a)1's have been exchanged, and written discovery has been answered.

Respectfully Submitted,

Dated: March 5, 2008

| | |
|---|---|
| /s/ Lawrence V. Jackowiak | /s/ Mary McDonald |
| Law Offices of Lawrence V. Jackowiak | Assistant Corporation Counsel |
| 20 North Clark Street, Suite 1700 | 30 North LaSalle Street, Suite 1400 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| (312) 795-9595 | (312) 744-8307 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |