UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Latasha Hannah
                        Plaintiff,

v.                                       Case No.: 1:08−cv−00648
                                                     Honorable Amy J. St. Eve

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 10, 2008:

      MINUTE entry before Judge Amy J. St. Eve :Status hearing held on 3/10/2008. Defendants to answer or otherwise plead by 3/14/2008. Rule 26(a)(1) disclosures due by 4/15/2008. Written discovery to be issued by 4/23/2008. Fact discovery ordered closed by 11/19/2008. Dispositive motions with supporting memoranda due by 11/24/2008. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Status hearing set for 5/7/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.