IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LATASHA HANNAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 648 |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE ST. EVE |
| Chicago Police Officer | ) | MAGISTRATE JUDGE NOLAN |
| MIGUEL CORDERO, Star 18568, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    Lawrence V. Jackowiak
       Louis J. Meyer
       Daniel P. Kiss
       Law Offices of Lawrence V. Jackowiak
       20 N. Clark St, Suite #1700
       Chicago, IL 60602

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Norther District of Illinois, Eastern Division, **DEFENDANT'S ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and served upon you.

   Dated: March 13, 2008.

   I hereby certify that I have served this notice and the attached document by causing it to be delivered electronically pursuant to L.R.5.9 this 13th day of March 13, 2008.

                                    Respectfully Submitted,


                                    /s/ *Mary McDonald*
                                      Assistant Corporation