**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Latasha Hannah
                      Plaintiff,

v.                                    Case No.: 1:08−cv−00648
                                      Honorable Amy J. St. Eve

City of Chicago, et al.
                      Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on 5/8/2008. Case referred to Magistrate Judge Nolan to conduct a settlement conference. ( Status hearing set for 7/17/2008 at 08:30 AM.)Mailed notice(tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.