UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Latasha Hannah
                        Plaintiff,

v.                                             Case No.: 1:08−cv−00648
                                                            Honorable Amy J. St. Eve

City of Chicago, et al.
                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: SETTLEMENT CONFERENCE.(tmh, )Mailed notice.

Dated: May 8, 2008

                                                                       /s/ Amy J. St. Eve

                                                                 United States District Judge