# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LATASHA HANNAH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 648 |
| | ) | |
| vs. | ) | Magistrate Judge Nolan |
| | ) | |
| THE CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT INITIAL STATUS REPORT

**Claims Summary**

1. Plaintiff claims she was subjected to false arrest/imprisonment.

**Relief Sought**

2. Plaintiff seeks money damages.

**Motions**

3. There are no pending motions at this time.

**Discovery**

4. Rule 26(a)(1) disclosures have been exchanged, both sides have served and answered written discovery.

5. All fact discovery to be completed by November 19, 2008.

**Trial**

6. Final pretrial order to be filed by December 29, 2008. Case will be ready for trial upon filing of the pretrial order.

**Settlement**

7. Defendants made an Offer of Judgment of $2,500.00 on April 18, 2008; Plaintiff declined the offer.

Respectfully submitted,

Dated: <u>March 5, 2008</u>

| | |
|---|---|
| <u>/s/ Lawrence V. Jackowiak</u> | <u>/s/ Mary McDonald</u> |
| Law Offices of Lawrence V. Jackowiak | Assistant Corporation Counsel |
| 20 North Clark Street, Suite 1700 | 30 North LaSalle Street, Suite 1400 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| (312) 795-9595 | (312) 744-8307 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |