UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Latasha Hannah
                    Plaintiff,

v.                                      Case No.: 1:08−cv−00648
                                        Honorable Amy J. St. Eve

City of Chicago, et al.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

    MINUTE entry before Judge Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 5/14/2008 and continued to 6/4/2008 at 09:00 AM. Counsel advised additional discovery needed prior to setting a date for settlement conference. Counsel to be prepared to set a date for settlement conference on 06/04/2008 status.Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.