## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Latasha Hannah
                    Plaintiff,

v.                                          Case No.: 1:08−cv−00648
                                                        Honorable Amy J. St. Eve

City of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Due to settlement, status hearing set for 7/24/08 is stricken and reset to 8/7/2008 at 08:30 AM. If the parties file their stipulation to dismiss prior to 8/7/08, no appearance will be required at the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.