IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATASHA HANNAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 648 |
| ) | |
| CITY OF CHICAGO, CHICAGO POLICE ) | Judge St. Eve |
| OFFICER MIGUEL CORDERO, STAR 18568, ) | |
| ) | Magistrate Judge Nolan |
| Defendants. ) | |

**FILED** 7-29-2008 JUL 29 2008 JUDGE AMY ST. EVE United States District Court

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_[signature]_
Louis Meyer
Attorney for plaintiff,
Latasha Hannah
Law offices of Lawrence V. Jackowiak
20 N. Clark St., Suite 500
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6290221
DATE: 7/23/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _[signature]_
Mary S. McDonald
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Attorney No. 06199995
DATE: 7/28/08

08 C 618