Order Form (01/2005)

MHN

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 648 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Hannah vs. City of Chicago et al.. | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' Stipulation to Dismiss, this case is hereby dismissed with prejudice. All pending dates and deadlines are stricken. Enter Agreed Order of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|