MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATASHA HANNAH, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08 C 648 |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER MIGUEL CORDERO, STAR 18568, | ) Judge St. Eve |
| | ) Magistrate Judge Nolan |
| Defendants. | ) |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff Latasha Hannah, by one of her attorneys, Louis J. Meyer, and defendant Miguel Cordero, by one of his attorneys, Mary S. McDonald, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Latasha Hannah, against defendants, City of Chicago, and Miguel Cordero, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Amy St. Eve
United States District Judge

DATED: 7-29-08

Mary S. McDonald
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Attorney No. 06199995